*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*WESTERN DIVISION*

| | | |
|---|---|---|
| **JAN THOMAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil No. 04-0626-CV-W-RED** |
| | ) | |
| **JIM CORWIN, CHIEF OF THE KANSAS CITY, MISSOURI POLICE DEPARTMENT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' EXHIBIT INDEX

| | |
|---|---|
| □ = offered & admitted w/o objection<br>Ex = offered, but objected to and excluded<br>DB = admitted, de bene | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 501. | | | | 10/03/01 - Personnel Incident Report - Termination of Thomas with attached memo from Stuart dated 10/10/01 (0237-241) |
| 502. | | | | 10/03/01 - Personnel Incident Report - Termination of Thomas with attached responses (KCPD 115-23; Thomas Dep. Ex. 25; Hargarten Dep. Ex. 7) |
| 503. | | | | 11/20/01 - Memo from Stuart to Lawler (KCPD 001-5) |
| 504. | | | | 10/13/99 - Code of Ethics and Rules of Conduct Policy (KCPD 083-87) |
| 505. | | | | 2/21/01 - Memo of 2/20/01 meeting among Thomas, Hargarten and Price (Thomas Dep. Ex. 17; Hargarten Dep. Ex. 1) |
| 506. | | | | Policies given to Thomas at 2/20/01 meeting (Vacation Leave and Code of Ethics (KCPD 613-623; Thomas Dep. Ex. 18) |
| 507. | | | | 01/30/01 - Memo from Hargarten to All Detectives/Support Staff, Juvenile Section regarding vacation requests (0082; Thomas Dep. Ex. 13) |
| 508. | | | | Vacation Policy (0084-5; Thomas Dep. Ex. 14) |
| 509. | | | | 09/10/97 - Vacation Leave Policy (0087-88; Thomas Dep. Ex. 3; Stuart Dep. Ex. F) |
| 510. | | | | 05/30/00 - Application for Leave from 9/1/00 to 9/20/00 (Thomas Dep. Ex. 4) |
| 511. | | | | Handwritten note to Thomas from Hargarten (0099; Thomas Dep. Ex. 5) |
| 512. | | | | 01/08/01 - Application for Leave from 5/3/01 to 6/3/01 (0080; Thomas Dep. Ex. 11) |
| 513. | | | | Handwritten note from Hargarten to Thomas (0128; Thomas Dep. Ex. 12) |

| | | | | |
|---|---|---|---|---|
| 514. | | | | 02/13/01 - Memo from Hargarten to All Detectives/Support Staff, Juvenile Section regarding additional pages of updated material for Unit Manual (0144-52; Thomas Dep. Ex. 15) |
| 515. | | | | 11/03/00 - Memo from Hargarten to All Juvenile Section Detectives/ Support Staff regarding "two detective rule" (Hargarten Dep. Ex. 3; Hacker Dep. Ex. 2) |
| 516. | | | | 07/27/00 - Memo from Thomas to Hargarten regarding incident of Thomas falling asleep at her desk (0136; Thomas Dep. Ex. 6) |
| 517. | | | | 07/27/00 - Memo from Hall to Hargarten regarding observation of Thomas being asleep at her desk and not answering the phone (KCPD 067) |
| 518. | | | | 07/27/00 - Memo from Watson to Hargarten regarding observation of Thomas being asleep at her desk and not answering the phone (KCPD 068) |
| 519. | | | | 07/28/00 - Memo from Thomas to Hargarten regarding doctors appointment and medications (0138; Thomas Dep. Ex. 7) |
| 520. | | | | 08/09/00 - Memo from Thomas to Hargarten regarding incident of being late to a meeting (0130; Thomas Dep. Ex. 9) |
| 521. | | | | 02/07/01 - Handwritten note regarding Thomas coming in over weekend (Brown Dep. Ex. 1) |
| 522. | | | | Lyle statement regarding unit not being run property and Thomas filing grievance (C. Thomas Dep. Ex. 2) |
| 523. | | | | 04/23/01 - Thomas Evaluation for 5/5/00 - 5/5/01 (0168-70; Thomas Dep. Ex. 10; Hargarten Dep. Ex. 2) |
| 524. | | | | 08/08/01 - Discrimination and/or Harassment Policy (Stuart Dep. Ex. D) |
| 525. | | | | 11/22/95 - ADA Policy (Stuart Dep. Ex. E) |
| 526. | | | | 03/14/01 - Sick Leave Policy (Stuart Dep. Ex. G) |
| 527. | | | | Physical and Psychological Examinations Policy (Stuart Dep. Ex. N) |
| 528. | | | | 06/12/01 - Memo from Hargarten to Price regarding Thomas sick leave sue to "work related stress" with attachments (KCPD 007-18) |
| 529. | | | | 6/25/01 - Letter from Nichols (HR) to Thomas scheduling fit for duty evaluation with Dr. Harris (0050; Thomas Dep. Ex. 19) |
| 530. | | | | 06/25/01 - Letter from Lawler to Thomas regarding transfer (0044; Thomas Dep. Ex. 20; Hargarten Dep. Ex. 5; Lawler Dep. Ex. 1) |
| 531. | | | | 07/11/01 - Memo from Thomas to Stuart regarding Grievance (0067-75; Thomas Dep. Ex. 28) |
| 532. | | | | 07/11/01- Memo from Thomas to Stuart regarding Grievance with attachments (KCPD 1963-2053; Harris Dep. Ex. 7) |
| 533. | | | | 07/25/01 - Letter from Easley to Thomas responding to her Grievance (KCPD 00946-47) |
| 534. | | | | 06/25/01 - Letter from Nichols to Dr. Harris ("Confidential" KCPD 01949-62, Harris Dep. Ex. 6) |
| 535. | | | | Dr. Harris's notes on Thomas ("Confidential" KCPD 01945-48; Harris Dep. Ex. 9) |
| 536. | | | | Unsigned medical records release form (0214; Thomas Dep. Ex. 21) |
| 537. | | | | 07/11/01 - Medical records release form to St. Joseph Medical Center for period 5/22/01-7/10/01 (0199; Thomas Dep. Ex. 22; "Confidential" KCPD 02128) |
| 538. | | | | 07/11/01 - Medical records release form to Drs. Judy and Vu, KC Internal Medicine for period 5/22/01-7/10/01 (197; Thomas Dep. Ex. 23; "Confidential" KCPD 02127) |

| | | | | |
|---|---|---|---|---|
| 539. | | | | 07/11/01 - Medical records release form to Dr. Sullivan for period 04/22/01-07/11/01 ("Confidential" KCPD 02129) |
| 540. | | | | 07/16/01- Fax from Dr. Sullivan to Dr. Harris transmitting Thomas records ("Confidential" KCPD 02054-2063) |
| 541. | | | | 07/19/01 - Dr. Harris Psychological Report on Thomas (KCPD 00757-59; Harris Dep. Ex. 2) |
| 542. | | | | 08/08/01 - Fax from St. Joseph Health Center to Dr. Harris transmitting Thomas records ("Confidential" KCPD 02064-2072) |
| 543. | | | | 05/23/01 - Dr. Judy note on Thomas office visit ("Confidential" KCPD 02122) |
| 544. | | | | 08/13/01 - Dr. Harris's note to Dr. Judy requesting Thomas's records from 4 years ago (KCPD 0678) |
| 545. | | | | Thomas medical records from Dr. Judy covering 6/12/96-7/9/96 ("Confidential "KCPD 2179-80) |
| 546. | | | | 08/27/01 - Letter from Dr. Judy regarding Thomas' treatment with Prozac and Zoloft in 1996 (0211; Thomas Dep. Ex. 24; Hargarten Dep. Ex. 6; Judy Dep. Ex. 3) |
| 547. | | | | 08/28/01 - Letter from Dr. Harris to Stuart regarding inability to obtain medical records (KCPD 00877; Harris Dep. Ex. 3) |
| 548. | | | | 08/30/01 - Dr. Harris Supplementary Report on Thomas (KCPD 00875-76; Harris Dep. Ex. 4) |
| 549. | | | | 09/14/01 - Letter from Lawler to Thomas regarding transfer effective 09/19/01 (KCPD 232) |
| 550. | | | | 09/06/89 - Transfer document (KCPD 241; Thomas Dep. Ex. 1) |
| 551. | | | | 07/22/99 - Request for Transfer (Thomas Dep. Ex. 2) |
| 552. | | | | Medical Records from Kansas City Internal Medicine (KCPD 166-67; KCPD 177-79; Thomas Dep. Ex. 8) |
| 553. | | | | Handwritten notes from Dr. Sullivan to Hargarten regarding treatment of Thomas and work releases (KCPD 098-101; Thomas Dep. Ex. 16) |
| 554. | | | | 12/04/01 - Letter from Chief of Police to Thomas regarding her termination (0054; Thomas Dep. Ex. 26; Hargarten Dep. Ex. 8) |
| 555. | | | | 12/14/01 - Letter from Thomas to Board of Police requesting hearing (0247; Thomas Dep. Ex. 27) |
| 556. | | | | Listing of job inquiries and jobs applied (Thomas Dep. Ex. 29) |
| 557. | | | | Thomas Training Voucher for pepper foam training 08/07/98 (Hargarten Dep. Ex. 4) |
| 558. | | | | 03/13/02 - FMLA Policy (Stuart Dep. Ex. H) |
| 559. | | | | 11/07/01 - Administration of Leave Policy (Stuart Dep. Ex. I) |
| 560. | | | | 01/02/02 - Commendation and Honor Awards Policy (Stuart Dep. Ex. J) |
| 561. | | | | 01/06/99 - Grievance Review Process Policy (Stuart Dep. Ex. K) |
| 562. | | | | 07/11/01 - Disciplinary Action Policy (Stuart Dep. Ex. L) |
| 563. | | | | 07/11/01 - Job Position Posting for Investigative Typist (Stuart Dep. Ex. O) |
| 564. | | | | Dr. Harris Fit-for-Duty file regarding Thomas ("Confidential" KCPD 1944-2222) |
| 565. | | | | 04/18/03 - Dr. Harris letter to Stuart (KCPD 00724-25; Harris Dep. Ex. 5) |

| | | | | |
|---|---|---|---|---|
| 566. | | | | 07/05/01 - Dr. Harris' Personality Assessment Inventory Report on Thomas (KCPD 948-76; Harris Dep. Ex. 8) |
| 567. | | | | 11/23/99 - Thomas Mid-Evaluation Progress Report (KCPD 504-05; Rapp Dep. Ex. 1) |
| 568. | | | | Medical Records from Dr. Judy (KCPD 167-68; Judy Dep. Ex. 1) |
| 569. | | | | 05/23/01 - Dr. Judy note on Thomas office visit (Judy Dep. Ex. 2) |
| 570. | | | | 09/14/01 - Letter from Lawler to Thomas regarding transfer (KCPD 232; Lawler Dep. Ex. 4) |
| 571. | | | | 12/04/01 - Letter from Chief of Police to Thomas regarding her termination with signatures (KCPD 405; Lawler Dep. Ex. 8) |
| 572. | | | | KCPD Fit-for-Duty file regarding Thomas (KCPD 679-976) |
| 573. | | | | 06/06/05 - Axon Affidavit and Report (Axon Dep. Ex. 1) |
| 574. | | | | 10/28/01 - Thomas salary increase (Axon Dep. Ex. 2) |
| 575. | | | | 10/28/01 - Thomas salary increase with Axon's handwritten note "last salary rate" (Axon Dep. Ex. 3) |
| 576. | | | | 5/31/05 - Spreadsheet prepared by Axon (Axon Dep. Ex. 4) |
| 577. | | | | 09/29/02 - Salary Increases and Adjustments 2002-03(Axon Dep. Ex. 5) |
| 578. | | | | 05/08/05 - Salary Increases and Adjustments 2005-06 (Axon Dep. Ex. 6) |
| 579. | | | | 04/24/05 - Pay Benefit Loss (Axon Dep. Ex. 7) |
| 580. | | | | Axon's notes of meetings and discussions (Axon Dep. Ex. 8) |
| 581. | | | | Axon resume (Axon Dep. Ex. 9) |
| 582. | | | | 06/01/05 - Axon Report (Dep. Ex. 10) |
| 583. | | | | Remainder of Axon's file (Dep. Ex. 11) |
| 584. | | | | 05/19/05 - Thomas Social Security Statement (Axon Dep. Ex. 12) |
| 585. | | | | Medical records from Dr. Sullivan (Sullivan Dep. Ex. 1) |
| 586. | | | | 05/29/01 - Dr. Sullivan handwritten notes of conversation with Hargarten (Sullivan Dep. Ex. A) |
| 587. | | | | 02/24/00 - Letter from Nichols to Thomas regarding transfer (KCPD 235) |
| 588. | | | | 02/08/00 - Request for Transfer to Juvenile Section, evening shift (KCPD 236) |
| 589. | | | | Dr. Sullivan's handwritten note stating Thomas is released to return to work 06/18/01 (KCPD 661) |
| 590. | | | | Hargarten's handwritten note regarding 06/22/01 call to Thomas regarding "news" (KCPD 660) |
| 591. | | | | 2/20/01 - Hargarten's handwritten notes regarding meeting with Thomas and Captain Price (KCPD 583-585) |
| 592. | | | | Hargarten's handwritten note regarding 06/08/01 status call to Thomas (KCPD 575) |
| 593. | | | | 08/30/99 - Job Vacancy Memorandum for Investigative Typist (KCPD 558-559) |

| | | | | |
|---|---|---|---|---|
| 594. | | | | Job Description for Police Typist (10/01) (KCPD 546-547) |
| 595. | | | | Job Description for Investigative Typist (03/93) (KCPD 544-545) |
| 596. | | | | KCPD Organizational Charts (KCPD 539-43) |
| 597. | | | | 03/25/98 - Thomas evaluation for 05/05/97-05/05/98 (KCPD 510-11) |
| 598. | | | | 03/31/99 - Thomas evaluation for 05/05/98-05/05/99 (KCPD 506-07) |
| 599. | | | | 04/27/00 - Thomas evaluation for 05/05/99-05/05/00 (KCPD 500-01) |
| 600. | | | | 01/09/01 - Thomas Mid-Evaluation Progress Report (KCPD 499) |
| 601. | | | | 08/30/99 - Memo from Hargarten to Reid regarding job vacancy Juvenile Section Investigative Typist (KCPD 490) |
| 602. | | | | 02/22/00 - Memo from Hargarten to Reid regarding Request for Investigative Typist (KCPD 485) |
| 603. | | | | 02/24/00 - Letter from Nichols to Thomas regarding transfer to Investigations Support Division, Investigative Service Unit, Juvenile Section, Watch III (KCPD 483) |
| 604. | | | | 08/02/00 - Memo from Thomas to Hargarten regarding "revised" vacation request (KCPD 057-58) |
| 605. | | | | 11/26/03 - Letter from Morris to O'Connor regarding demand to settle case (KCPD 701-702) |
| 606. | | | | 01/31/03 - Letter from Morris to O'Connor regarding outstanding issues (KCPD 210) |
| 607. | | | | 04/15/03 - Memo from Stuart to Dr. Harris transmitting records provided by Thomas ("Confidential" KCPD 2073) |
| 608. | | | | All exhibits necessary for rebuttal and/or for impeachment |
| 609. | | | | All documents produced during discovery |
| 610. | | | | All deposition exhibits |
| 611. | | | | All necessary demonstrative exhibits |
| 612. | | | | Various timelines |
| 613. | | | | Various blow-up exhibits |
| 614. | | | | All exhibits listed by plaintiff |
| 615. | | | | All documents identified in the parties' Rule 26 disclsoures |
| 616. | | | | All pleadings |

Dated: January 3, 2006

Respectfully submitted,

/s/ James C. Sullivan

JAMES C. SULLIVAN MO #38318
JULIE A. ELSTON MO #45133
SHUGHART THOMSON & KILROY, P.C.
1700 Twelve Wyandotte Plaza
120 W 12th Street
Kansas City, Missouri 64105-1929
(816) 421-3355
(816) 374-0509 (FAX)

LISA S. MORRIS, ESQ. MO #43181
KANSAS CITY, MO POLICE DEPT.
1125 Locust Street
5th Floor
Kansas City, Missouri 64106
(816) 234-5057
(816) 234-5333 (FAX)

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 3rd day of January, 2006, to:

Rebecca M. Randles, Esq.
Randles & Mata, LLC
406 W 34th Street
Suite 415
Kansas City, MO 64111

ATTORNEYS FOR PLAINTIFF

/s/ James C. Sullivan
Attorney for Defendants